UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Celeste S. Webb-Seabaugh | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:18cv0006 UNA |
| | ) | |
| Nancy A. Berryhill | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The above styled and numbered case was filed on January 2, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable John M. Bodenhausen, United States Magistrate Judge, under cause number 1:18cv0002.

**IT IS FURTHER ORDERED** that cause number 4:18cv0006 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: 1/3/2018     By:  /s/ Katie Spurgeon
                         Operations Manager

**In all future documents filed with the Court, please use the following case number 1:18cv00022 JMB.**